## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**RONALD SATISH EMRIT**                                           **PLAINTIFF**

**v.**                          **CASE NO. 4:26-CV-00349-BSM**

**BARACK HUSSEIN OBAMA,** *et al.*                          **DEFENDANTS**

### JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE